UNITED STATES of America, Plaintiff–Appellee,

v.

Demetrius Lamar LOVE, Defendant–Appellant.

No. 04–16067.

D.C. Docket No. 04–00041–CR–5–MCR.

United States Court of Appeals, Eleventh Circuit.

June 13, 2005.

E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Christopher Nida Patterson, Christopher N. Patterson, P.A., Panama City, FL, for Defendant–Appellant.

Before CARNES, MARCUS and COX, Circuit Judges.

PER CURIAM.

Christopher N. Patterson, appointed counsel for Demetrius Lamar Love, in this direct criminal appeal, has moved to withdraw and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANT-**

---

**ED,** and Love's conviction and sentence are **AFFIRMED.**